SCWC-15-0000771

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ZH,
Petitioner/Plaintiff-Appellant,

vs.

CH, nka CG,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000771; UCCJEA NO. 14-1-6026)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellant's application for writ

of certiorari, filed on May 8, 2017, is hereby rejected.

DATED: Honolulu, Hawaiʻi, June 15, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

